THOMAS C. HORNE
Attorney General
David R. Cole (004643)
Solicitor General
1275 West Washington
Phoenix, Arizona 85007
Telephone:   602.542.3333
Facsimile:    602.542.8308
Email:  Dave.Cole@azag.gov

Joseph A. Kanefield (015838)
kanefieldj@ballardspahr.com
Jaclyn D. Foutz (024286)
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, Arizona 85004-2555
Telephone:   602.798.5400
Facsimile:    602.798.5595

Joseph Sciarrotta, Jr. (017481)
Office of the Governor Janice K. Brewer
1700 West Washington, 9th Floor
Phoenix, Arizona 85007
Telephone:   602.542.1586
Facsimile:    602.542.7602
Email:  jsciarrotta@az.gov

*Attorneys for Defendant Janice K. Brewer,
Governor of the State of Arizona*

Richard W. Morris, J.D., Ph.D. (002009)
MORRIS LAW FIRM, PLLC
13951 West Grand Ave., Ste 203
Surprise, AZ 85374-2436
Tel 623-583-1040
Fax 623-748-4339
email: rmorris@mrlaw.us

Marc J. Victor, Esq. (016064)
Marc J. Victor, P.C.
3920 South Alma School Road, Suite 5
Chandler, Arizona 85248
Tel 480-755-7110
email: marc@attorneyforfreedom.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., a Wisconsin non-profit corporation, VALLEY OF THE SUB CHAPTER OF THE FREEDOM FROM RELIGION FOUNDATION, an Arizona non-profit corporation, MIKE WASDIN, an individual, MICHAEL RENZULLI, an individual, JUSTIN GRANT, an individual, JIM SHARPE, an individual, FRED GREENWOOD, an individual, CRYSTAL KESHAWARZ, an individual, and BARRY HESS, an individual.<br><br>Plaintiffs,<br>vs.<br>JANICE K. BREWER, Governor of the State of Arizona,<br><br>Defendant. | Case No. 2:11-CV-00495-ROS-PHX<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE AND DISCOVERY**<br><br>**(First Request)**<br><br>(Assigned to Chief Judge Roslyn O. Silver) |

DMWEST #8528213 v1

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

1  WHEREAS, Defendant, Governor Janice K. Brewer ("Defendant") filed a Motion
2 to Dismiss Plaintiffs' First Amended Complaint (Dkt. #27) on September 13, 2011;

3  WHEREAS, Plaintiffs filed a Motion for Partial Summary Judgment (Dkt. #30) on
4 September 30, 2011;

5  WHEREAS, Plaintiffs filed a Response to Defendant's Motion to Dismiss (Dkt.
6 #31) on October 3, 2011;

7  WHEREAS, Plaintiffs' Motion for Partial Summary Judgment will be rendered
8 moot should Defendant's Motion to Dismiss be granted;

9  WHEREAS, the parties wish to avoid additional expense associated with further
10 briefing regarding Plaintiffs' Motion for Partial Summary Judgment that may ultimately
11 be unnecessary;

12  WHEREAS, the parties are mindful of the November 1, 2011 discovery cut-off set
13 forth in this Court's Scheduling Order (Dkt. #22);

14  WHEREAS, Plaintiffs' Motion for Partial Summary Judgment is supported by,
15 among other things, declarations from the named Plaintiffs. *See* Plaintiffs' Statement of
16 Uncontroverted Facts (Dkt. #30-1) Ex. 19, 20-27;

17  WHEREAS, Defendant anticipates taking the deposition of one or more of the
18 named Plaintiffs in connection with her Response to Plaintiffs' Motion for Partial
19 Summary Judgment;

20  WHEREAS, the parties agree that taking and defending the depositions of one or
21 more of the named Plaintiffs may ultimately be unnecessary should Defendant's Motion
22 To Dismiss be granted;

23  WHEREAS, the parties wish to avoid the potentially unnecessary expense
24 associated with taking and defending the depositions of one or more of the named
25 Plaintiffs;

26  THE PARTIES HEREBY STIPULATE AND AGREE and respectfully request
27 that this Court issue an Order as follows:

28

DMWEST #8528213 v1

(1) The deadline for Defendant's Response to Plaintiffs' Motion for Partial Summary Judgment and related discovery shall be extended as set forth below.

(2) Should the Court issue an Order denying Defendant's Motion to Dismiss, Defendant shall have 30 days from the date of that Order to file her response to Plaintiffs' Motion for Partial Summary Judgment.

(3) Should the Court issue an Order denying Defendant's Motion to Dismiss, the parties will be permitted to conduct discovery to be completed within 30 days of the date of that Order, including, but not limited to, the depositions of the named Plaintiffs.

A proposed form of order is filed herewith.

IT IS SO STIPULATED this 12th day of October, 2011.

BALLARD SPAHR LLP

By: /s/ Joseph A. Kanefield
    Joseph A. Kanefield

*Attorney for Defendant Janice K. Brewer, Governor of the State of Arizona*


MORRIS LAW FIRM, PLLC

By: /s/ Richard Morris (with permission)
    Richard Morris

*Attorney for Plaintiffs*

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

DMWEST #8528213 v1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12th, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

/s/ Stacy Skankey

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

DMWEST #8528213 v1