Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| 11  FREEDOM FROM RELIGION FOUNDATION, INC., a Wisconsin non-profit corporation, VALLEY OF THE SUB CHAPTER OF THE FREEDOM FROM RELIGION FOUNDATION, an Arizona non-profit corporation, MIKE WASDIN, an individual, MICHAEL RENZULLI, an individual, JUSTIN GRANT, an individual, JIM SHARPE, an individual, FRED GREENWOOD, an individual, CRYSTAL KESHAWARZ, an individual, and BARRY HESS, an individual. | Case No. 2:11-CV-00495-ROS-PHX |

11

12

13

14

15

16

17

Plaintiffs,

18                    vs.

19   JANICE K. BREWER, Governor of the State of Arizona,

20                         Defendant.

Case No. 2:11-CV-00495-ROS-PHX

**[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND DISCOVERY**

(Assigned to Chief Judge Roslyn O. Silver)

21        The Court, having considered the parties' Stipulation Regarding Briefing Schedule

22   and Discovery, and good cause appearing, IT IS HEREBY ORDERED:

23        (1) The deadline for Defendant's Response to Plaintiffs' Motion for Partial

24   Summary Judgment and related discovery shall be extended as set forth below.

25        (2)  Should the Court issue an Order denying Defendant's Motion to Dismiss,

26   Defendant shall have 30 days from the date of that Order to file her response to Plaintiffs'

27   Motion for Partial Summary Judgment.

28

DMWEST #8528854 v1                                1

1    (3)  Should the Court issue an Order denying Defendant's Motion to Dismiss, the

2  parties will be permitted to conduct discovery to be completed within 30 days of the date

3  of that Order, including, but not limited to, the depositions of the named Plaintiffs.

4  **IT IS SO ORDERED**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone:  602.798.5400

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12th, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

/s/ Stacy Skankey

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400