# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Freedom From Religion Foundation, Inc., et al., | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs | CV 11-495-PHX-ROS |
| v. | |
| Janice K. Brewer, Governor of the State of Arizona | |
| Defendant | |

\_\_\_  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X   Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed December 12, 2011, judgment is entered in favor of defendant and against plaintiffs. Plaintiffs to take nothing, and complaint and action are dismissed.

RICHARD H. WEARE
District Court Executive/Clerk

December 12, 2011

 s/Tammy Johnson
By: Deputy Clerk

cc: (all counsel)